**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ANNE W. BREAUD                                    CIVIL ACTION

VERSUS                                            NO: 24-1865

LATOYA W. CANTRELL, et al                         SECTION: "G"(1)


<u>**ORDER TO SHOW CAUSE**</u>

On July 26, 2024, Plaintiff Anne W. Breaud ("Plaintiff") filed a complaint raising civil causes of action under the Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. § 1962, *et seq*.[1] On the same date, the Court issued its Rico Standing Order ordering Plaintiff to file a RICO case statement within twenty-one (21) days from the issuance of the order.[2] The RICO standing order further details precisely what information Plaintiff shall include in its statement.   To date, Plaintiff has failed to timely file its RICO case statement. Accordingly,

**IT IS ORDERED** that the Plaintiff show cause on or before **November 4, 2024**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why the RICO claims should not be dismissed for failure to comply with the Court's order.

New Orleans, Louisiana this _____25th_____ day of October, 2024.


**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 3.