UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE W. BREAUD, | CIVIL ACTION |
| VERSUS | NO. 2:24-cv-01865 |
| LATOYA W. CANTRELL, ET AL. | SECTION: "G"(1) |

## ORDER

Before the Court is Plaintiff Anne W. Breaud's unopposed Motion for Leave to File Witness and Exhibit Lists. Plainitff seeks leave to file the witness and exhibit lists after the July 18, 2025 deadline set in the Scheduling Order. Defendants do not oppose this motion. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Plaintiff's witness and exhibit lists shall be filed into the record of this matter.

New Orleans, Louisiana, this __28th__ of July, 2025.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE