UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNE W. BREAUD, | * | CIVIL ACTION |
| *Plaintiff* | * | NO.  24-1865 |
| | * | |
| VERSUS | * | SECTION:  "G" (1) |
| | * | |
| LATOYA W. CANTRELL, ET AL., | * | JUDGE NANNETTE JOLIVETTE BROWN |
| *Defendants* | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

**ORDER CANCELLING SETTLEMENT CONFERENCE**

In light of the continuation of trial and pretrial deadlines, the settlement conference set for Friday, September 19, 2025, at 9:00 a.m., is **CANCELLED.**  Once a new scheduling order is issued, the parties may contact the undersigned Magistrate Judge to reschedule the settlement conference for a date in line with that order.

New Orleans, Louisiana, this 4th day of September, 2025.


_____
Janis van Meerveld
United States Magistrate Judge